peals for the Ninth Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. A. L. Wirin* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Warner W. Gardner* for the United States.

No. 600. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SAFE DEPOSIT & TRUST CO. OF BALTIMORE, TRUSTEE, ET AL. October 27, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Assistant Solicitor General Fahy* for petitioner. *Mr. Charles McH. Howard* for respondents.

No. 601. MAGRUDER, COLLECTOR OF INTERNAL REVENUE, *v.* WASHINGTON, BALTIMORE & ANNAPOLIS REALTY CORP. October 27, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Assistant Solicitor General Fahy* for petitioner. *Mr. Richard F. Cleveland* for respondent.

No. 604. GRAVES ET AL., CONSTITUTING THE STATE TAX COMM'N OF NEW YORK, *v.* SCHMIDLAPP ET AL., EXECUTORS. October 27, 1941. Petition for writ of certiorari to the Surrogates Court of the County of New York, State of New York, granted. *Mr. Mortimer M. Kassell* for petitioners. *Mr. Harrison Tweed* for respondents.

No. 622. FLEMING, ADMINISTRATOR, *v.* A. H. BELO CORPORATION. October 27, 1941. Petition for writ of